**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anna Lee Goseyun; and Latoya Joy Goseyun,<br><br>Plaintiffs,<br><br>v.<br><br>Progressive Preferred Insurance Company; and Progressive Casualty Insurance Company,<br><br>Defendants. | No. CV-24-02770-PHX-DGC<br><br>**ORDER** |

    This case involves an insurance coverage dispute between Plaintiffs Anna Goseyun and Latoya Goseyun, who are members of the San Carlos Apache Tribe, and Defendants Progressive Preferred Insurance Company and Progressive Casualty Insurance Company. Plaintiffs brought this action on October 11, 2024, asserting claims for declaratory relief, breach of contract, and breach of the covenant of good faith and fair dealing. Doc. 1. Defendants moved to dismiss on March 5, 2025. Doc. 17. On March 14, the Court granted the parties' motion to stay the case until the San Carlos Apache Tribal Court ruled on Defendants' motion to enforce settlement and release, which Defendants had filed in the Tribal Court on March 7. Docs. 20, 21. The Court lifted the stay on June 30. Doc. 22.

    Plaintiffs have filed a response to the motion to dismiss, stating that they have sought redress from the Tribal Court, have elected to adjudicate their claims in that forum,

1

and do not oppose dismissal of this case.  Doc. 23.  The Court accordingly will grant the motion to dismiss.[1]

**IT IS ORDERED** that Defendants' motion to dismiss (Doc. 17) is **granted**.

Dated this 22nd day of October, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

---

[1] Plaintiffs' request that the Court remand the case is denied because the case was not removed from the Tribal Court.